```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 28990
    NIA C FLENORY
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-4367
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/22/05 and confirmed on 10/24/05.

2. The case was dismissed after confirmation, 07/20/2007.

3. The Debtor paid a total of $ 5150.08 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | 9500.00 | 1190.41 | 1339.21 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ATG CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 280.00 | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SRVS | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| MCI WORLDCOM RES SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MID AMERICA MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RISK MANAGEMENT ALTERNAT | UNSECURED | NOT FILED | .00 | .00 |
| SIR FINANCE | UNSECURED | 1753.00 | .00 | .00 |
| SOUTHWEST CREDIT SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| WEST SUBURBAN BANK | UNSECURED | 751.16 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| RISK MANAGEMENT ALTERNAT | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J ADAMS & ASSOC | REIMBURSEMENT | 210.00 | .00 | 210.00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 4461.16 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     9500.00         210.00        7245.32            .00     16955.32
PRINCIPAL PAID         1339.21         210.00            .00            .00      1549.21
INTEREST PAID          1190.41            .00            .00            .00      1190.41
TOTAL PAID             2529.62         210.00            .00            .00      2739.62
```

The Debtor's attorney, ROBERT J ADAMS & ASSOC        , was allowed $   2560.00
and was paid $    2200.00 .

The Trustee received $     210.46 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


       Dated: 10/11/07                    /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE


                                      PAGE   2
             CASE NO. 05 B 28990 NIA C FLENORY